151 A.3d 89

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. P.P.D., DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004941-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 89

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DORELLE RASHAN WALLACE (A/K/A DORELLE WALLACE, DURELL RASHAN WALLACE, DOROLLE RASHAN WALLACE), DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000767-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.